IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

MARY BIDDLE, as the Personal Representative
of the Estate of JOHN BIDDLE,

        Plaintiff          CASE NO. 1:09-cv-20391 WMH

vs.

PRISON HEALTH SERVICES, INC., THE
STATE OF FLORIDA DEPARTMENT OF
CORRECTIONS, LT. J.J. COLLIS,
Officer, Florida Department of Corrections,
SGT. BETHONY LORFILS, Officer, Florida
Department of Corrections, JOHN DOE, Officer,
Florida Department of Corrections,
LESLIE McPHERSON, Health Service Administrator,
NANCY MOJICA, Consult Coordinator,
ROGER A. BROWNE, M.D., Chief Medical Officer,
CARL BALMIR, M.D.,
SUSAN CORDOSO, Physician's Assistant,
JEANETTE JARRETT, R.N.,
CARRIE ADAMS, R.N., and
DEBRA STEWART, L.P.N.

        Defendants.
_____/

## DEFENDANTS' EXPERT WITNESS DISCLOSURE

COMES NOW, Defendants, THE STATE OF FLORIDA DEPARTMENT OF CORRECTIONS, LT. J.J. COLLIS, Officer, Florida Department of Corrections, SGT. BETHONY LORFILS, Officer, Florida Department of Corrections, JOHN DOE, Officer, Florida Department of Corrections, hereby adopt and file their Expert Witness Disclosure in accord with the Court's Trial Order and in compliance with Federal Rules of Civil Procedure, Rule 26(2) and other applicable Rules and Statutes.

## DEFENDANTS' EXPERT WITNESSES

1.     Defendants, THE STATE OF FLORIDA DEPARTMENT OF CORRECTIONS, LT. J.J. COLLIS, Officer, Florida Department of Corrections, SGT. BETHONY LORFILS, Officer, Florida Department of Corrections, JOHN DOE, Officer, Florida Department of Corrections, do not intend to call any experts at this time..

2.   Any and all non-objectionable experts listed by Plaintiff and Defendants herein, without waiving any objections.

3.   Any and all treating physicians of Plaintiff.

4.   Any and all IME physicians and any other experts.

5.   Defendants reserve the right to supplement and/or amend this Expert Witness List in accordance with the Rules.

DATED:   July 15, 2010
         Palm Beach Gardens, FL

Respectfully submitted,

/s/ Stephen A. Smith
Stephen A. Smith, Esquire
E-Mail: ssmith@pallolaw.com
Florida Bar No. 0488194
PALLO, MARKS, HERNANDEZ,
GECHIJIAN & DEMAY, P.A.
4100 RCA Blvd., Suite 100
Palm Beach Gardens, FL 33410
Tel. No. (561) 624-1051
Fax No. (561) 624-7441
*Counsel for Defendants, The State of Florida Dept. Of Corrections, Lt. J.J. Collis, Sgt Bethony Lorfils, and John Doe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of July, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of notices of electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive notices of electronic filing.

/s/ Stephen A. Smith
Stephen A. Smith, Esquire
E-Mail: ssmith@pallolaw.com
Florida Bar No. 0488194
PALLO, MARKS, HERNANDEZ,
GECHIJIAN & DEMAY, P.A.
4100 RCA Blvd., Suite 100
Palm Beach Gardens, FL 33410
Tel. No. (561) 624-1051
Fax No. (561) 624-7441
*Counsel for Defendants, The State of Florida Dept. Of Corrections, Lt. J.J. Collis, Sgt Bethony Lorfils, and John Doe*

**SERVICE LIST**

Louis H. Gavin, Esq.
E-Mail: lougavin@bellsouth.net
Florida Bar No. 0110840
Louis H. Gavin, P.A.
2300 S.W. 106th Way
Fort Lauderdale, FL 33324
*Counsel for Plaintiff*

Gregg Toomey, Esq.
E-Mail: gregg.toomey@henlaw.com
Florida Bar No. 159689
Bunnell Woulfe Kirschbaum Keller
 McIntyre Gregoire & Klein, P.A.
One Financial Plaza, Suite 900
100 Southeast Third Avenue
Fort Lauderdale, FL 33394
*Counsel for Defendants, Prison Health Services, Inc., Department of Corrections, State of Florida, Laura McPherson, Nancy Mojica, Roger A. Browne, M.D, Susan Cardosa, Jeanette Jarrett, R.N. and Carrie Adams, R.N.*